**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

KEDRIEN BOOKER, #157940,        §
                                               §
      Plaintiff,                         §
                                                 §
v.                                                  §       Case No. 6:25-cv-476-JDK-JDL
                                                 §
KALYN YATES, *et al.*,            §
                                                 §
      Defendant.                     §

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Kedrien Booker, proceeding pro se and *in forma pauperis*, filed this lawsuit pursuant to 42 U.S.C. § 1983 for alleged violations of his civil rights while he was a prisoner of the Texas Department of Criminal Justice. Docket No. 1. The case was referred to United States Magistrate Judge Love for findings of fact, conclusions of law, and recommendations for the disposition of the case.

On March 30, 2026, the Magistrate Judge issued a Report recommending that Plaintiff's lawsuit be dismissed for failure to prosecute because Plaintiff had failed to comply with the Court's order to amend the complaint to cure identified deficiencies and failed to keep the Court notified about his current address. Docket No. 16. A copy of this Report was mailed to Plaintiff, who sought and obtained an extension of time to file objections. Docket Nos. 17 & 18. Plaintiff did not file objections within the period allowed and has taken no further action to prosecute this case.

Where a party timely objects to the Report and Recommendation, the Court reviews the objected-to findings and conclusions of the Magistrate Judge de novo.

1

28 U.S.C. § 636(b)(1).  In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law.  *Alexander v. Verizon Wireless Services, LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, Plaintiff did not file any objections.  The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law.  *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law.  Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 16) as the findings of this Court.  It is therefore **ORDERED** that this case is **DISMISSED** without prejudice for failure to prosecute.  All pending motions are **DENIED as moot**.

So **ORDERED** and **SIGNED** this **9th**  day of  **July, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

2